UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANINE E. VIVADOU,

        Plaintiff *pro se*,

- against -            12-CV-9089 (CS)

ASTA FUNDING, INC. and PALISADES       **ORDER**
COLLECTIONS, LLC,

        Defendants.

---

Seibel, J.

  On August 9, 2013, I memo-endorsed a letter from Defendants' counsel setting a pre-motion conference for September 24, 2013 at 11:30 a.m. and ordering that a response to the pre-motion letter be submitting in writing one week in advance. That Order is hereby vacated.

  A pre-motion conference will be held on September 6, 2013 at 12:30 p.m. Plaintiff shall state her position in response to Defendants' pre-motion letter in writing by letter not to exceed three pages by August 30, 2013.

  Defendants' letter references a Second Amended Complaint, but no such document appears on the docket. Plaintiff shall contact the Clerk's office to ensure that her Second Amended Complaint is docketed appropriately, and shall also send a courtesy copy to Chambers by August 30, 2013.

**SO ORDERED.**

Dated: August 13, 2013
    White Plains, New York

                  _____
                  CATHY SEIBEL, U.S.D.J.